Kevin QUATREVINGT

v.

LOUISIANA ATTORNEY GENERAL

NO. 2016-CC-1173

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of St. Tammany, 22nd

**410**

Judicial District Court Div. J, No. 15-13724; to the Court of Appeal, First Circuit, No. 2016 CW 0322

Denied.

HUGHES, J., would grant.